## McCOMB and RICE v. STOCKTON, Garnishee of Skillington.

Court of Common Pleas.  Kent.  December, 1797.

*Bayard's Notebook, 224.*

Upon this case *Miller,* for the plaintiffs, in attachment contended that they were entitled to judgment for the money in the hands of the garnishee.  That the assignment of the bond enured to the husband and wife in their own right and not to the wife as administratrix.  That the money, when levied, belonged to the husband solely, and therefore did not survive on his death to the wife.  He cited 4 Vin.Abr. 180 pl. 1, n. pl. 3, 181, pl. 2, n;  1 Bac.Abr. 289.

*Bayard, contra,* insisted that the assignment followed the consideration and that the debt after assignment was assets in the hands of the wife as administratrix.  That the goods which the wife had as administratrix were not by the law given to the husband, and that they did not belong to the husband, even in the case of his surviving and cited Co.Litt. 351a; 4 Vin.Abr. 183, pl. 5, 181-182, pl. 3-4.  That in the present case, upon another principle, the right of the husband had determined before the attachment was levied.  That the debt being jointly due to the husband and wife, upon the death of the husband survived to the wife.

PER CURIAM. The bond in question, having been assigned to Skillington and his wife, and the suit being brought, judgment obtained, and execution issued in the name of both, the money in the hands of the sheriff must belong jointly to the husband and wife, and we conceive, therefore, upon the death of the husband it belonged to the wife.

There was a verdict accordingly against the plaintiffs.